# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

April 1, 2013

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Atlantic Marine Construction Company, Inc.
v. United States District Court for the Western District of Texas, et al.
No. 12-929
(Your No. 12-50826)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk