## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 02, 2013

Mr. William Putnicki
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 12-50826,  In re: Atlantic Marine Const Co. Inc.
        USDC No. 1:12-CV-228

Enclosed is a copy of the Supreme Court order granting certiorari.

        Sincerely,

        LYLE W. CAYCE, Clerk

By: /s/ Lisa G. Landry
Lisa G. Landry, Deputy Clerk
504-310-7649